UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

SERGII BRATUSOV, Individually and On          :
Behalf of All Others Similarly Situated,      :
                                              :
                              Plaintiff,      :        No.  1:19 Civ. 03210 (KPF)
                                              :
            -against-                         :
                                              :
COMSCORE, INC., BRYAN WIENER, and             :
GREGORY A. FINK,                              :
                                              :
                              Defendants.     :

-------------------------------------------------------------------x

## DECLARATION OF CLIFFORD THAU IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

CLIFFORD THAU declares, pursuant to 28 U.S.C. § 1746:

I am a member of the law firm of Vinson & Elkins L.L.P., attorneys for Defendants Comscore, Inc., Bryan Wiener, and Gregory A. Fink (collectively, "Defendants") and make this declaration in support of Defendants' Motion To Dismiss.  The purpose of this declaration is to place before the Court the following documents concerning said motion, the significance of which is explained in the accompanying memorandum of law.

1.      Attached hereto as Exhibit 1 is a true and correct excerpt of the Form 10-K filed by Comscore with the Securities and Exchange Commission (the "SEC") on March 1, 2019.

2.      Attached hereto as Exhibit 2 is a true and correct copy of the Form 8-K and accompanying exhibits filed by Comscore with the SEC on February 28, 2019.

3.      Attached hereto as Exhibit 3 is a true and correct copy of the Form 8-K and accompanying exhibits filed by Comscore with the SEC on April 1, 2019.

4.      Attached hereto as Exhibit 4 is a true and correct excerpt of the Form 10-Q filed by Comscore with the SEC on August 7, 2019.

-2-

5.    Attached hereto as Exhibit 5 is a true and correct excerpt of the Form 10-K filed by Comscore with the SEC on March 23, 2018.

Dated:  November 25, 2019

*/s/ Clifford Thau*
Clifford Thau

-2-