# EXHIBIT 4

Table of Contents

_____

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

_____

# FORM 10-Q

_____

**(Mark One)**

☑   **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended June 30, 2019**

**or**

☐   **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from          to**

**Commission file number: 001-33520**

_____

# comScore, Inc.

**(Exact name of registrant as specified in its charter)**

_____

| | |
|---|---|
| Delaware | 54-1955550 |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |

**11950 Democracy Drive, Suite 600**
**Reston, Virginia 20190**
*(Address of Principal Executive Offices)*
**(703) 438-2000**
*(Registrant's Telephone Number, Including Area Code)*

_____

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Trading Symbol | Name of Each Exchange on Which Registered |
|---|---|---|
| Common Stock, par value $0.001 per share | SCOR | NASDAQ Global Select Market |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.    Yes ☑   No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).   Yes ☑   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☑ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).    Yes ☐   No ☑

Indicate the number of shares outstanding of each of the registrant's classes of common stock, as of the latest practicable date: As of August 2, 2019, there were 64,148,258 shares of the registrant's Common Stock outstanding.

Table of Contents

**2018 Restructuring Plans**

| (In thousands) | Severance pay and benefits | | Short-term lease exit and other direct costs | | Long-term lease exit and other direct costs | | Total | |
|---|---|---|---|---|---|---|---|---|
| Accrued Balance as of December 31, 2018 | $ | 4,493 | $ | 708 | $ | 1,810 | $ | 7,011 |
| Adoption of ASC 842 [1] | | — | | (708) | | (1,810) | | (2,518) |
| Restructuring[2] | | (201) | | — | | — | | (201) |
| Payments | | (2,098) | | — | | — | | (2,098) |
| Accrued Balance as of June 30, 2019 | $ | 2,194 | $ | — | $ | — | $ | 2,194 |

[1] *The Company adopted ASC 842, Leases, as of January 1, 2019. For additional details regarding the adoption, please refer to Footnote 2, Summary of Significant Accounting Policies.*

[2] *The Company recognized restructuring income due to adjustments to the year-end restructuring accrual, primarily driven by the re-hiring of certain individuals.*

**2019 Restructuring Plan**

| (In thousands) | Severance pay and benefits | | Total | |
|---|---|---|---|---|
| Accrued Balance as of December 31, 2018 | $ | — | $ | — |
| Restructuring | | 3,346 | | 3,346 |
| Payments | | (1,494) | | (1,494) |
| Accrued Balance as of June 30, 2019 | $ | 1,852 | $ | 1,852 |

**ITEM 2.** *MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS*

*The following discussion and analysis of our financial condition and results of operations should be read in conjunction with our Condensed Consolidated Financial Statements and the related Notes to Condensed Consolidated Financial Statements included in Part I, Item 1 of this Quarterly Report on Form 10-Q, or 10-Q. In addition to historical financial information, the following discussion and analysis contains forward-looking statements that involve risks, uncertainties and assumptions. Our actual results and timing of selected events in future periods may differ materially from those anticipated or implied in these forward-looking statements as a result of many factors, including those discussed under Item 1A, "Risk Factors" in our Annual Report on Form 10-K for the year ended December 31, 2018, or 2018 10-K, Item 1A, "Risk Factors" in our Quarterly Report on Form 10-Q for the period ended March 31, 2019, and Item 1A, "Risk Factors" in this 10-Q and elsewhere in this 10-Q. See also "Cautionary Note Regarding Forward-Looking Statements" at the beginning of this 10-Q.*

**Overview**

We are a global information and analytics company that measures consumer audiences and advertising across media platforms. We create our products using a global data platform that combines information about content and advertising consumption on digital platforms (smartphones, tablets and computers), television and movie screens with demographics and other descriptive information. We have developed proprietary data science that enables measurement of person-level and household-level audiences, removing duplicated viewing across devices and over time. This combination of data and methods helps companies across the media ecosystem better understand and monetize audiences and develop marketing plans and products to more efficiently and effectively reach those audiences. Our ability to unify behavioral and other descriptive data enables us to provide accredited audience ratings, advertising verification, and granular consumer segments that describe hundreds of millions of consumers. Our customers include buyers and sellers of advertising including digital publishers, television networks, content owners, advertisers, agencies and technology providers.

The platforms we measure include televisions, smartphones, computers, tablets, over-the-top ("OTT") devices and movie theaters. The information we analyze crosses geographies, types of content and activities, including websites, mobile applications, video games, television and movie programming, e-commerce and advertising.

**Management Changes**

On March 31, 2019, Bryan Wiener resigned as our Chief Executive Officer ("CEO") and director and Sarah Hofstetter resigned as our President,

effective immediately. On the same day, we appointed Dale Fuller as our Interim CEO. On April 17, 2019, Daniel Hess resigned as our Chief Product Officer, and on May 29, 2019, Kathryn Bachmann resigned as our Chief Operating Officer.

Table of Contents

## Results of Operations

The following table sets forth selected Condensed Consolidated Statements of Operations data as a percentage of total revenues for each of the periods indicated. Percentages may not add due to rounding.

| | Three Months Ended June 30, | | | | Six Months Ended June 30, | | | |
| | 2019 | | 2018 | | 2019 | | 2018 | |
| (In thousands) | Dollars | % of Revenue | Dollars | % of Revenue | Dollars | % of Revenue | Dollars | % of Revenue |
|---|---|---|---|---|---|---|---|---|
| Revenues | $ 96,888 | 100.0 % | $ 101,389 | 100.0 % | $ 199,182 | 100.0 % | $ 207,308 | 100.0 % |
| Cost of revenues | 51,994 | 53.7 % | 51,526 | 50.8 % | 105,401 | 52.9 % | 98,780 | 47.6 % |
| Selling and marketing | 23,329 | 24.1 % | 29,647 | 29.2 % | 48,169 | 24.2 % | 55,552 | 26.8 % |
| Research and development | 16,883 | 17.4 % | 20,889 | 20.6 % | 35,099 | 17.6 % | 39,605 | 19.1 % |
| General and administrative | 16,932 | 17.5 % | 28,699 | 28.3 % | 36,477 | 18.3 % | 47,360 | 22.8 % |
| Investigation and audit related | 2,354 | 2.4 % | 4,883 | 4.8 % | 3,196 | 1.6 % | 36,750 | 17.7 % |
| Amortization of intangible assets | 8,076 | 8.3 % | 8,266 | 8.2 % | 16,181 | 8.1 % | 16,810 | 8.1 % |
| Impairment of goodwill | 224,272 | 231.5 % | — | — % | 224,272 | 112.6 % | — | — % |
| Impairment of intangible asset | 17,308 | 17.9 % | — | — % | 17,308 | 8.7 % | — | — % |
| Settlement of litigation, net | 5,000 | 5.2 % | 5,250 | 5.2 % | 5,000 | 2.5 % | 5,250 | 2.5 % |
| Restructuring | 2,949 | 3.0 % | 3,833 | 3.8 % | 2,879 | 1.4 % | 5,090 | 2.5 % |
| Total expenses from operations | 369,097 | 381.0 % | 152,993 | 150.9 % | 493,982 | 248.0 % | 305,197 | 147.2 % |
| Loss from operations | (272,209) | (281.0)% | (51,604) | (50.9)% | (294,800) | (148.0)% | (97,889) | (47.2)% |
| Interest expense, net | (8,242) | (8.5)% | (4,124) | (4.1)% | (15,001) | (7.5)% | (7,029) | (3.4)% |
| Other (expense) income, net | (3,081) | (3.2)% | 807 | 0.8 % | (112) | (0.1)% | 884 | 0.4 % |
| (Loss) gain from foreign currency transactions | (464) | (0.5)% | 1,045 | 1.0 % | (426) | (0.2)% | 123 | 0.1 % |
| Loss before income taxes | (283,996) | (293.1)% | (53,876) | (53.1)% | (310,339) | (155.8)% | (103,911) | (50.1)% |
| Income tax benefit (provision) | 4,463 | 4.6 % | (2,101) | (2.1)% | 3,292 | 1.7 % | (3,516) | (1.7)% |
| Net loss | $ (279,533) | (288.5)% | $ (55,977) | (55.2)% | $ (307,047) | (154.2)% | $ (107,427) | (51.8)% |

### Revenues

Our products and services are organized around solution groups that address customer needs. Accordingly, we evaluate revenue around three solution groups:

- Ratings and Planning provides measurement of the behavior and characteristics of audiences of content and advertising across television and digital platforms including computers, tablets, smartphones, and other connected devices. These products and services are designed to help customers find the most relevant viewing audience, whether that viewing is linear, time shifted/recorded, online or on-demand.
- Analytics and Optimization includes activation and survey-based products that provide end-to-end solutions for planning, optimization and evaluation of advertising campaigns and brand protection.
- Movies Reporting and Analytics measures movie viewership and box office results by capturing movie ticket sales in real time or near real time and includes box office analytics, trend analysis and insights for movie studios and movie theater operators worldwide.

We categorize our revenue along these three offerings; however, our cost structure is tracked at the corporate level and not by our solution groups. These costs include, but are not limited to, employee costs, operational overhead, data centers and our technology that supports multiple solution groups. (For a discussion of our change to these solution groups during 2018, refer to Item 2, "Management's Discussion and Analysis of Financial Condition and Results of Operations" in our Quarterly Report on Form 10-Q for the period ended September 30, 2018.)

33

Table of Contents

Revenues from these three solution groups are as follows:

| (In thousands) | Three Months Ended June 30, | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 2019 | % of Revenue | 2018 | % of Revenue | $ Variance | % Variance |
| Ratings and Planning | $ 68,922 | 71.1% | $ 70,501 | 69.5% | $ (1,579) | (2.2)% |
| Analytics and Optimization | 17,293 | 17.9% | 20,533 | 20.3% | (3,240) | (15.8)% |
| Movies Reporting and Analytics | 10,673 | 11.0% | 10,355 | 10.2% | 318 | 3.1 % |
| Total revenues | $ 96,888 | 100.0% | $ 101,389 | 100.0% | $ (4,501) | (4.4)% |

Revenues decreased by $4.5 million, or 4.4%, for the three months ended June 30, 2019 as compared to the three months ended June 30, 2018.

Ratings and Planning revenue is comprised of revenue from our digital, television ("TV") and cross-platform products. Ratings and Planning revenue decreased $1.6 million in the three months ended June 30, 2019 as compared to the three months ended June 30, 2018. The decrease was largely driven by lower revenue from our syndicated digital products, which continued to be negatively impacted by ongoing industry changes in ad buying and consolidation. Revenue from our syndicated digital products represented 50.4% and 54.7% of our Ratings and Planning revenue in the second quarter of 2019 and 2018, respectively. Revenue from our TV and cross-platform products increased in the three months ended June 30, 2019 as compared to the three months ended June 30, 2018, primarily due to deliveries to certain international customers; however, those increases were offset by lower comparable revenue from customers who purchased data for election campaigns in the second quarter of 2018 that did not occur in 2019.

Analytics and Optimization revenue decreased by $3.2 million in the three months ended June 30, 2019 as compared to the three months ended June 30, 2018, due primarily to lower digital custom marketing solution sales and deliveries. These decreases were partially offset by increased Activation revenue, which continued to experience year-over-year growth.

Movies Reporting and Analytics revenue increased by $0.3 million in the three months ended June 30, 2019 as compared to the three months ended June 30, 2018. The increase related to revenue from new products and from new customers gained in the second half of 2018.

| (In thousands) | Six Months Ended June 30, | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 2019 | % of Revenue | 2018 | % of Revenue | $ Variance | % Variance |
| Ratings and Planning | $ 139,499 | 70.0% | $ 140,070 | 67.6% | $ (571) | (0.4)% |
| Analytics and Optimization | 38,751 | 19.5% | 46,264 | 22.3% | (7,513) | (16.2)% |
| Movies Reporting and Analytics | 20,932 | 10.5% | 20,974 | 10.1% | (42) | (0.2)% |
| Total revenues | $ 199,182 | 100.0% | $ 207,308 | 100.0% | $ (8,126) | (3.9)% |

Revenues decreased by $8.1 million, or 3.9%, for the six months ended June 30, 2019 as compared to the six months ended June 30, 2018.

Ratings and Planning revenue decreased $0.6 million in the six months ended June 30, 2019 as compared to the six months ended June 30, 2018. The decrease was largely driven by lower revenue from our syndicated digital products, which continued to be impacted by ongoing industry changes in ad buying and consolidation. Revenue from our syndicated digital products represented 50.6% and 57.7% of our Ratings and Planning revenue for the six months ended June 30, 2019 and 2018, respectively. This decrease was largely offset by an increase in cross-platform revenue due to several one-time deliverables and an increase in national TV revenue due to increases in existing customer contract values as well as the establishment of standalone selling price over certain distinct performance obligations in arrangements that include the purchase and sale of services. For more information regarding our establishment of standalone selling price, refer to our 2018 10-K.

Analytics and Optimization revenue decreased by $7.5 million in the six months ended June 30, 2019 as compared to the six months ended June 30, 2018 due primarily to lower digital custom marketing solution sales and deliveries. These decreases were partially offset by increased Activation revenue, which continued to experience year-over-year growth.

34

Table of Contents

**Cost of Revenues**

Cost of revenues consists primarily of expenses related to operating our network infrastructure, producing our products, amortizing capitalized fulfillment costs and recruiting, maintaining, and supporting our consumer panels. Expenses associated with these areas include employee costs including salaries, benefits, stock-based compensation and other related personnel costs of network operations, survey operations, custom analytics and technical support, all of which are expensed as they are incurred. Cost of revenues also includes costs to obtain, process and cleanse our panel and census-based data used in our products as well as operational costs associated with our data centers, including depreciation expense associated with computer equipment and internally developed software that supports our panels and systems. Additionally, cost of revenues includes allocated overhead, lease expense and other facilities-related costs.

| (In thousands) | Three Months Ended June 30, | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 2019 | % of Revenue | 2018 | % of Revenue | $ Change | % Change |
| Data costs | $  16,737 | 17.3% | $  14,451 | 14.3% | $  2,286 | 15.8 % |
| Employee costs | 14,137 | 14.6% | 15,805 | 15.6% | (1,668) | (10.6)% |
| Systems and bandwidth costs | 5,495 | 5.7% | 5,955 | 5.9% | (460) | (7.7)% |
| Panel costs | 4,884 | 5.0% | 5,837 | 5.8% | (953) | (16.3)% |
| Lease expense and depreciation [1] | 3,853 | 4.0% | 3,130 | 3.1% | 723 | 23.1 % |
| Professional fees | 1,920 | 2.0% | 1,156 | 1.1% | 764 | 66.1 % |
| Sample and survey costs | 1,489 | 1.5% | 1,462 | 1.4% | 27 | 1.8 % |
| Technology | 1,444 | 1.5% | 1,566 | 1.5% | (122) | (7.8)% |
| Royalties and resellers | 802 | 0.8% | 1,043 | 1.0% | (241) | (23.1)% |
| Other | 1,233 | 1.3% | 1,121 | 1.1% | 112 | 10.0 % |
| Total cost of revenues | $  51,994 | 53.7% | $  51,526 | 50.8% | $  468 | 0.9 % |

[1] As discussed in Footnote 2, Summary of Significant Accounting Policies, lease expense and depreciation for the three months ended June 30, 2018 is not comparable to the three months ended June 30, 2019 due to our adoption of ASC 842.

Cost of revenues increased $0.5 million, or 0.9%, for the three months ended June 30, 2019 as compared to the three months ended June 30, 2018. The increase was largely attributable to increases in data costs, professional fees, and lease expense and depreciation, offset by a decrease in employee and panel costs.

Data costs increased $2.3 million due to costs associated with the acquisition of data for distinct services provided under certain arrangements that include the purchase and sale of services, as well as increases in our long-term contracts with multichannel video programming distributors ("MVPD"). Professional fees increased $0.8 million due to an increase in data governance consulting services to improve operational processes; we expect these fees to decrease in future periods. Lease expense and depreciation increased $0.7 million primarily due to increases in depreciation related to the capitalization of internally developed software, offset by decreases in lease expense resulting from various lease terminations. Offsetting these increases was a decrease in employee costs of $1.7 million primarily as a result of a decrease in stock-based compensation. Panel costs decreased by $1.0 million due to lower costs associated with the incentive plans used in certain countries and the use of more cost-effective recruitment solutions.

| (In thousands) | Six Months Ended June 30, | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 2019 | % of Revenue | 2018 | % of Revenue | $ Change | % Change |
| Data costs | $  32,798 | 16.5% | $  26,767 | 12.9% | $  6,031 | 22.5 % |
| Employee costs | 29,102 | 14.6% | 29,665 | 14.3% | (563) | (1.9)% |
| Systems and bandwidth costs | 10,776 | 5.4% | 11,880 | 5.7% | (1,104) | (9.3)% |
| Panel costs | 10,322 | 5.2% | 11,456 | 5.5% | (1,134) | (9.9)% |
| Lease expense and depreciation [1] | 7,264 | 3.6% | 6,432 | 3.1% | 832 | 12.9 % |
| Professional fees | 4,252 | 2.1% | 2,730 | 1.3% | 1,522 | 55.8 % |
| Sample and survey costs | 3,938 | 2.0% | 3,178 | 1.5% | 760 | 23.9 % |
| Technology | 2,916 | 1.5% | 3,100 | 1.5% | (184) | (5.9)% |
| Royalties and resellers | 1,708 | 0.9% | 1,492 | 0.7% | 216 | 14.5 % |
| Other | 2,325 | 1.2% | 2,080 | 1.0% | 245 | 11.8 % |
| Total cost of revenues | $  105,401 | 52.9% | $  98,780 | 47.6% | $  6,621 | 6.7 % |

Table of Contents

[1] As discussed in Footnote 2, Summary of Significant Accounting Policies, lease expense and depreciation for the six months ended June 30, 2018 is not comparable to the six months ended June 30, 2019 due to our adoption of ASC 842.

Cost of revenues increased $6.6 million, or 6.7%, for the six months ended June 30, 2019 as compared to the six months ended June 30, 2018. The increase was largely attributable to increases in data costs, professional fees, lease expense and depreciation and sample and survey costs, offset by a decrease in panel costs, systems and bandwidth costs, and employee costs.

Data costs increased $6.0 million due to costs associated with the acquisition of data for distinct services provided under certain arrangements that include the purchase and sale of services, including increases in our long-term contracts with MVPDs. Professional fees increased $1.5 million due to an increase in data governance consulting services to improve operational processes. Lease expense and depreciation increased $0.8 million primarily due to increased depreciation related to capitalized software. Sample and survey costs increased $0.8 million due to increased costs associated with specialized sample projects, which are ultimately charged to the customer. Offsetting these increases is a decrease of $1.1 million in panel costs due to lower costs associated with the incentive plans used in certain countries and the use of more cost-effective recruitment solutions. Systems and bandwidth costs decreased $1.1 million due to our ongoing technology transformation to reduce complexity, increase capacity, and transition to a cloud-based environment from data centers. Employee costs decreased $0.6 million primarily due to a decrease in stock-based compensation.

*Selling and Marketing*

Selling and marketing expenses consist primarily of employee costs, including salaries, benefits, commissions, stock-based compensation and other related costs paid to our direct sales force, as well as costs related to online and offline advertising, industry conferences, promotional materials, public relations, other sales and marketing programs and allocated overhead, which is comprised of lease expense and other facilities-related costs, and depreciation expense generated by general purpose equipment and software.

| | | Three Months Ended June 30, | | | | |
| *(In thousands)* | 2019 | % of Revenue | 2018 | % of Revenue | $ Change | % Change |
|---|---|---|---|---|---|---|
| Employee costs | $ 18,591 | 19.2% | $ 24,237 | 23.9% | $ (5,646) | (23.3)% |
| Lease expense and depreciation [1] | 1,599 | 1.7% | 1,824 | 1.8% | (225) | (12.3)% |
| Travel | 880 | 0.9% | 1,314 | 1.3% | (434) | (33.0)% |
| Professional fees | 754 | 0.8% | 972 | 1.0% | (218) | (22.4)% |
| Other | 1,505 | 1.6% | 1,300 | 1.3% | 205 | 15.8 % |
| Total selling and marketing expenses | $ 23,329 | 24.1% | $ 29,647 | 29.2% | $ (6,318) | (21.3)% |

[1] *As discussed in* Footnote 2, *Summary of Significant Accounting Policies, lease expense and depreciation for the three months ended June 30, 2018 is not comparable to the three months ended June 30, 2019 due to our adoption of ASC 842.*

Selling and marketing expenses decreased by $6.3 million, or 21.3%, for the three months ended June 30, 2019 as compared to the three months ended June 30, 2018. The decrease was primarily attributable to a decrease in employee costs as a result of a decrease in stock compensation expense and lower headcount.

| | | Six Months Ended June 30, | | | | |
| *(In thousands)* | 2019 | % of Revenue | 2018 | % of Revenue | $ Change | % Change |
|---|---|---|---|---|---|---|
| Employee costs | $ 38,954 | 19.6% | $ 44,475 | 21.5% | $ (5,521) | (12.4)% |
| Lease expense and depreciation [1] | 3,205 | 1.6% | 3,972 | 1.9% | (767) | (19.3)% |
| Travel | 1,704 | 0.9% | 2,320 | 1.1% | (616) | (26.6)% |
| Professional fees | 1,460 | 0.7% | 2,137 | 1.0% | (677) | (31.7)% |
| Other | 2,846 | 1.4% | 2,648 | 1.3% | 198 | 7.5 % |
| Total selling and marketing expenses | $ 48,169 | 24.2% | $ 55,552 | 26.8% | $ (7,383) | (13.3)% |

[1] *As discussed in* Footnote 2, *Summary of Significant Accounting Policies, lease expense and depreciation for the six months ended June 30, 2018 is not comparable to the six months ended June 30, 2019 due to our adoption of ASC 842.*

Selling and marketing expenses decreased by $7.4 million, or 13.3%, for the six months ended June 30, 2019 as compared to the six months ended June 30, 2018. The decrease was primarily the result of a decrease in employee costs, lease expense and depreciation, professional fees and travel.

Employee costs decreased $5.5 million primarily as a result of a decrease in stock compensation expense and lower headcount. Lease expense and depreciation decreased $0.8 million primarily as a result of decreased depreciation expense as various assets

36

Table of Contents

reached the end of their depreciable lives and a decrease in lease expense as a result of various lease terminations. Professional fees decreased $0.7 million primarily due to reduced use of consultants in selling and marketing activities. Travel decreased $0.6 million as part of our ongoing corporate efforts to increase operational efficiency and reduce costs.

*Research and Development*

Research and development expenses include new product development costs, consisting primarily of employee costs including salaries, benefits, stock-based compensation and other related costs for personnel associated with research and development activities, third-party expenses to develop new products and third-party data costs and allocated overhead, which is comprised of lease expense and other facilities-related costs, and depreciation expense related to general purpose equipment and software.

| | | Three Months Ended June 30, | | | | |
| *(In thousands)* | 2019 | % of Revenue | 2018 | % of Revenue | $ Change | % Change |
|---|---|---|---|---|---|---|
| Employee costs | $ 13,018 | 13.4% | $ 17,051 | 16.8% | $ (4,033) | (23.7)% |
| Lease expense and depreciation [1] | 1,498 | 1.5% | 1,704 | 1.7% | (206) | (12.1)% |
| Technology | 1,040 | 1.1% | 1,261 | 1.2% | (221) | (17.5)% |
| Professional fees | 840 | 0.9% | 429 | 0.4% | 411 | 95.8 % |
| Other | 487 | 0.5% | 444 | 0.4% | 43 | 9.7 % |
| Total research and development expenses | $ 16,883 | 17.4% | $ 20,889 | 20.6% | $ (4,006) | (19.2)% |

(1) As discussed in *Footnote 2, Summary of Significant Accounting Policies, lease expense and depreciation for the three months ended June 30, 2018 is not comparable to the three months ended June 30, 2019 due to our adoption of ASC 842.*

Research and development expenses decreased by $4.0 million, or 19.2%, for the three months ended June 30, 2019 as compared to the three months ended June 30, 2018. The decrease was primarily attributable to a decrease in employee costs due to a decrease in stock compensation expense and lower headcount.

| | Six Months Ended June 30, | | | | | |
| (In thousands) | 2019 | % of Revenue | 2018 | % of Revenue | $ Change | % Change |
|---|---|---|---|---|---|---|
| Employee costs | $ 26,788 | 13.4% | $ 31,717 | 15.3% | $ (4,929) | (15.5)% |
| Lease expense and depreciation (1) | 3,066 | 1.5% | 3,531 | 1.7% | (465) | (13.2)% |
| Professional fees | 2,209 | 1.1% | 951 | 0.5% | 1,258 | 132.3 % |
| Technology | 2,119 | 1.1% | 2,573 | 1.2% | (454) | (17.6)% |
| Other | 917 | 0.5% | 833 | 0.4% | 84 | 10.1 % |
| Total research and development expenses | $ 35,099 | 17.6% | $ 39,605 | 19.1% | $ (4,506) | (11.4)% |

(1) As discussed in *Footnote 2, Summary of Significant Accounting Policies, lease expense and depreciation for the six months ended June 30, 2018 is not comparable to the six months ended June 30, 2019 due to our adoption of ASC 842.*

Research and development expenses decreased by $4.5 million, or 11.4%, for the six months ended June 30, 2019 as compared to the six months ended June 30, 2018. The decrease was primarily attributable to a decrease in employee costs offset by an increase in professional fees. Employee costs decreased $4.9 million primarily due to a decrease in stock compensation expense and lower headcount. The decrease in expense was offset by an increase in professional fees of $1.3 million due to an increase in data governance consulting services.

### General and Administrative

General and administrative expenses consist primarily of employee costs including salaries, benefits, stock-based compensation and other related costs, and related expenses for executive management, finance, accounting, human capital, legal and other administrative functions, as well as professional fees, overhead, including allocated overhead, which is comprised of lease expense and other facilities-related costs, depreciation expense related to general purpose equipment and software, and expenses incurred for other general corporate purposes.

37

Table of Contents

| | Three Months Ended June 30, | | | | | |
| (In thousands) | 2019 | % of Revenue | 2018 | % of Revenue | $ Change | % Change |
|---|---|---|---|---|---|---|
| Employee costs | $ 8,548 | 8.8% | $ 15,764 | 15.5% | $ (7,216) | (45.8)% |
| Professional fees | 4,770 | 4.9% | 6,137 | 6.1% | (1,367) | (22.3)% |
| Lease expense and depreciation (1) | 651 | 0.7% | 1,070 | 1.1% | (419) | (39.2)% |
| Transition services agreement | — | —% | 2,183 | 2.2% | (2,183) | (100.0)% |
| Other | 2,963 | 3.1% | 3,545 | 3.5% | (582) | (16.4)% |
| Total general and administrative expenses | $ 16,932 | 17.5% | $ 28,699 | 28.3% | $ (11,767) | (41.0)% |

(1) As discussed in *Footnote 2, Summary of Significant Accounting Policies, lease expense and depreciation for the three months ended June 30, 2018 is not comparable to the three months ended June 30, 2019 due to our adoption of ASC 842.*

General and administrative expenses decreased by $11.8 million, or 41.0%, for the three months ended June 30, 2019 as compared to the three months ended June 30, 2018. The decrease was primarily attributable to a decrease in employee costs, transition services agreement costs, and professional fees. Employee costs decreased $7.2 million primarily due to a decrease in stock compensation expense. Professional fees decreased by $1.4 million primarily as a result of lower audit and compliance costs, offset by transaction costs associated with the sale of shares of Common Stock and warrants in the Private Placement. Transition services agreement costs decreased $2.2 million as a result of the completion of the three-year Digital Analytix ("DAx") transition services agreement in January 2019.

| | Six Months Ended June 30, | | | | | |
| (In thousands) | 2019 | % of Revenue | 2018 | % of Revenue | $ Change | % Change |
|---|---|---|---|---|---|---|
| Employee costs | $ 19,809 | 9.9% | $ 22,405 | 10.8% | $ (2,596) | (11.6)% |
| Professional fees | 9,559 | 4.8% | 11,880 | 5.7% | (2,321) | (19.5)% |
| Lease expense and depreciation (1) | 1,311 | 0.7% | 2,159 | 1.0% | (848) | (39.3)% |
| Transition services agreement | 667 | 0.3% | 4,848 | 2.3% | (4,181) | (86.2)% |
| Other | 5,131 | 2.6% | 6,068 | 2.9% | (937) | (15.4)% |
| Total general and administrative expenses | $ 36,477 | 18.3% | $ 47,360 | 22.8% | $ (10,883) | (23.0)% |

(1) As discussed in *Footnote 2, Summary of Significant Accounting Policies, lease expense and depreciation for the six months ended June 30, 2018 is not comparable to the six months ended June 30, 2019 due to our adoption of ASC 842.*

General and administrative expenses decreased by $10.9 million, or 23.0%, for the six months ended June 30, 2019 as compared to the six months ended June 30, 2018. The decrease was primarily attributable to a decrease in transition services agreement costs, employee costs, professional fees, and lease expense and depreciation. Transition services agreement costs decreased $4.2 million as a result of the completion of the three-year DAx transition services agreement in January 2019. Professional fees decreased by $2.3 million primarily as a result of lower audit and compliance costs, offset by transaction costs associated with the sale of shares of Common Stock and warrants in the Private Placement. Employee costs decreased $2.6 million primarily due to a decrease in stock compensation expense, offset by an increase of $3.3 million in severance expense related to the departure of our CEO and President in March 2019. Lease expense and depreciation decreased $0.8 million as a result of decreased depreciation expense as various assets reached the end of their depreciable lives and a decrease in lease expense as a result of various lease terminations and executed sublease agreements.

### Investigation and Audit Related

Investigation and audit related expenses were $2.4 million and $4.9 million for the three months ended June 30, 2019 and 2018, respectively, and $3.2 million and $36.8 million for the six months ended June 30, 2019 and 2018, respectively. The decrease in investigation and audit related expenses in 2019 as compared to 2018 is due to the conclusion of the Audit Committee investigation and multi-year audit in 2018. We will continue to incur legal fees until the conclusion of the SEC investigation regarding the Company and prior Company management.

### Settlement of Litigation, Net

Settlement of litigation, net, consists of losses (or expected losses) from the settlement of various litigation matters. The net settlement of litigation expense for the three and six months ended June 30, 2019 relates to our estimate of the Company's probable liability in connection with the SEC investigation. The net settlement of litigation expense for the three and six months ended June 30, 2018 primarily relates to the settlement and final resolution of the federal securities class action and the derivative actions.

38

Table of Contents

### Organizational Restructuring

In 2017, we implemented a reduction in force plan that resulted in the termination of approximately 10% of our workforce. That plan was complete as of December 31, 2018.

During 2018, our Board of Directors authorized management to implement further reductions in headcount (less than 10%) and rationalize our portfolio of leased properties, which resulted in the termination of one operating lease, the extension of the lease related to our headquarters, and the sublease of office space in various locations. In connection with the 2018 restructuring plans, we expect to incur total exit-related costs of up to $13.0 million, including $10.3 million that was recorded in 2018. The remaining expense is expected to be recognized through the remainder of 2019 primarily as stock-based compensation.

In the second quarter of 2019, our Board of Directors authorized management to implement an additional reduction in force plan. The reduction in force was implemented in order to reduce costs and better align resources with business priorities. In connection with the 2019 restructuring plan, we expect to incur total exit-related costs of up to $4.0 million, including $3.3 million that was recorded in the second quarter of 2019. The remaining expense is expected to be recognized during the third quarter of 2019.

We recognized restructuring expense of $2.9 million during the three months ended June 30, 2019, compared with $3.8 million during the three months ended June 30, 2018. We recognized restructuring expense of $2.9 million during the six months ended June 30, 2019, compared with $5.1 million during the six months ended June 30, 2018.

### Impairment of Goodwill and Intangible Asset

In the second quarter of 2019, as a result of a sustained decline in our stock price and market capitalization, changes in management, and lower revenue, among other factors, we performed an interim impairment review of our goodwill and long-lived assets. Our reporting unit did not pass the goodwill impairment test, and as a result we recorded a $224.3 million impairment charge in the second quarter.

We also recorded a $17.3 million impairment charge related to our 2015 strategic alliance (the "strategic alliance") intangible asset. Changes in our projected revenue in certain non-U.S. geographic markets due to the changing international competitive landscape as well as significant reductions in international staffing during the quarter, resulted in a change in our long-term view of the viability of the intangible asset. As such, our assessment yielded that the benefit of the alliance would not be realized. The fair value of the strategic alliance intangible asset was estimated using an income approach, resulting in an impairment charge for the full carrying value of the long-lived asset of $17.3 million. While this is a non-cash charge, it is expected to reduce amortization expense by $3.0 million on an annualized basis.

For further information refer to Footnote 4, *Goodwill and Intangible Assets* and Item 2, *Critical Accounting Policies*.

### Interest Expense, Net

Interest expense, net consists of interest income and interest expense. Interest income consists of interest earned from our cash and cash equivalent balances and imputed interest on our minimum commitment agreements with WPP plc and its affiliates. Interest expense relates to interest on our senior secured convertible notes ("Notes") and our finance leases of computer equipment and automobiles.

During the three months ended June 30, 2019 and 2018, we incurred interest expense, net of $8.2 million and $4.1 million, respectively, and $15.0

million and $7.0 million during the six months ended June 30, 2019 and 2018, respectively. The increase in interest expense, net was primarily driven by the increase in the interest rate on our Notes from 6.0% to 12.0% in January 2019. For more information regarding the change in interest rate, refer to Footnote 5, *Long-term Debt*.

### Other (Expense) Income, Net

Other (expense) income, net represents income and expenses incurred that are generally not part of our regular operations.

Transition services agreement income represents Adobe Inc.'s reimbursement of costs incurred under the DAx transition services agreement and is offset as expense in general and administrative expenses. Reimbursement under the transition services agreement ended in January 2019.

39

Table of Contents

The following is a summary of other (expense) income, net:

| | Three Months Ended June 30, | | | | Six Months Ended June 30, | | | |
|---|---|---|---|---|---|---|---|---|
| (In thousands) | 2019 | | 2018 | | 2019 | | 2018 | |
| Change in fair value of financing derivatives | $ | (3,000) | $ | (2,280) | $ | 1,100 | $ | (4,460) |
| Change in fair value of investment in equity securities | | (304) | | 714 | | (2,016) | | 265 |
| Transition services agreement income | | — | | 2,182 | | 534 | | 4,847 |
| Other | | 223 | | 191 | | 270 | | 232 |
| Total other (expense) income, net | $ | (3,081) | $ | 807 | $ | (112) | $ | 884 |

Other (expense) income, net for the three and six months ended June 30, 2019 was driven primarily by the change in fair value of our financing derivatives, offset by a decrease in the DAx transition services agreement as well as a further decline in the fair value of our investment in equity securities, due to a decline in the investment's stock price. Other (expense) income, net for the three and six months ended June 30, 2018 primarily relates to activity under the DAx transition services agreement, in addition to the changes in fair value of our financing derivatives and equity securities investment.

### (Loss) Gain from Foreign Currency Transactions

Our foreign currency transactions are recorded as a result of fluctuations in the exchange rate between the transactional currency and the functional currency of foreign subsidiary transactions. For the three and six months ended June 30, 2019, the loss from foreign currency transactions was $0.5 million and $0.4 million, respectively. The losses were primarily driven by fluctuations in the Chilean Peso against the U.S. Dollar, Euro, and Brazilian Real exchange rates and the U.S. Dollar against the Euro and Canadian Dollar exchange rates. For the three and six months ended June 30, 2018, the gain from foreign currency transactions was $1.0 million and $0.1 million, respectively. The gains were primarily driven by fluctuations in the U.S. Dollar to Euro and Chilean Peso exchange rates.

### Provision for Income Taxes

A valuation allowance has been established against our net U.S. federal and state deferred tax assets, including net operating loss carryforwards. As a result, our income tax position is primarily related to foreign tax activity.

During the three and six months ended June 30, 2019, we recorded an income tax benefit of $4.5 million and $3.3 million, resulting in an effective tax rate of 1.6% and 1.1%, respectively. A deferred income tax benefit of $5.0 million related to the impairment of goodwill is included in these amounts. During the three and six months ended June 30, 2018, we recorded an income tax provision of $2.1 million and $3.5 million, resulting in an effective tax rate of 3.9% and 3.4%, respectively. These effective tax rates differ from the U.S. federal statutory rate primarily due to the effects of foreign tax rate differences, U.S. state legislative changes and changes in the valuation allowance against our domestic deferred tax assets.

### Recent Accounting Pronouncements

For a discussion of recent accounting pronouncements, refer to Footnote 2, *Summary of Significant Accounting Policies*.

### Non-GAAP Financial Measures

To provide investors with additional information regarding our financial results, and to comply with a covenant under our Notes (described below), we are disclosing herein Adjusted Earnings Before Interest, Taxes, Depreciation and Amortization ("EBITDA") and non-GAAP net loss, each of which are non-GAAP financial measures used by our management to understand and evaluate our core operating performance and trends. We believe that these non-GAAP financial measures provide useful information to investors and others in understanding and evaluating our operating results, as they permit our investors to view our core business performance using the same metrics that management uses to evaluate our performance.

EBITDA is defined as GAAP net income (loss) plus or minus interest, taxes, depreciation and amortization of intangible assets and finance leases. We define Adjusted EBITDA as EBITDA plus or minus stock-based compensation expense as well as other items and amounts that we view as not indicative of our core operating performance, specifically: charges for matters relating to the Audit Committee investigation, such as litigation and investigation-related costs, costs associated with tax projects, audits, consulting and other professional fees; other legal proceedings specified in

the Notes; settlement of certain litigation; restructuring expense; transaction costs related to the issuance of equity securities; non-cash impairment charges; and non-cash changes in the fair value of financing derivatives and investments in equity securities.

We define non-GAAP net loss as GAAP net income (loss) plus or minus stock-based compensation expense and amortization of intangible assets, as well as other items and amounts that we view as not indicative of our core operating performance,

40

Table of Contents

specifically: charges for matters relating to the Audit Committee investigation, such as litigation and investigation-related costs, costs associated with tax projects, audits, consulting and other professional fees; other legal proceedings specified in the Notes; settlement of certain litigation; restructuring expense; transaction costs related to the issuance of equity securities; non-cash impairment charges; and non-cash changes in the fair value of financing derivatives and investments in equity securities. We changed our definition of non-GAAP net loss in 2018 to adjust for amortization of intangible assets, a change that is intended to better reflect our core operating performance.

Our use of these non-GAAP financial measures has limitations as an analytical tool, and investors should not consider these measures in isolation or as a substitute for analysis of our results as reported under GAAP. The limitations of such non-GAAP measures include the following:

- Adjusted EBITDA does not reflect tax or interest payments that represent a reduction in cash available to us (or, in the case of interest paid in Common Stock, that represent additional dilution to our existing stockholders);

- Depreciation and amortization are non-cash charges and the assets being depreciated may have to be replaced in the future. Adjusted EBITDA does not reflect cash capital expenditure requirements for such replacements or for new capital expenditure requirements;

- Adjusted EBITDA does not reflect changes in, or cash requirements for, our working capital needs;

- Adjusted EBITDA and non-GAAP net loss do not reflect cash payments relating to fees incurred in connection with issuance of equity securities, restructuring, litigation and the Audit Committee investigation, such as litigation and investigation-related costs, costs associated with tax projects, audits and other professional, consulting or other fees incurred in connection with our prior-year audits and certain legal proceedings, all of which represent a reduction in cash available to us;

- Adjusted EBITDA and non-GAAP net loss do not consider the impact of stock-based compensation and similar arrangements that represent dilution to our existing stockholders;

- Adjusted EBITDA and non-GAAP net loss do not consider impairment of goodwill and long-lived assets, which represents a decline in the value of our assets;

- Adjusted EBITDA and non-GAAP net loss do not consider possible cash gains or losses related to our financing derivatives or investment in equity securities; and

- Other companies, including companies in our industry, may calculate any of these non-GAAP financial measures differently, which reduces their usefulness as comparative measures.

Because of these and other limitations, you should consider Adjusted EBITDA and non-GAAP net loss alongside GAAP-based financial performance measures, including GAAP revenue and various cash flow metrics, net income (loss) and our other GAAP financial results. Management addresses the inherent limitations associated with using non-GAAP financial measures through disclosure of such limitations, presentation of our financial statements in accordance with GAAP and a reconciliation of Adjusted EBITDA and non-GAAP net loss to the most directly comparable GAAP measure, net income (loss).

Under our Notes, we are required to disclose Consolidated EBITDA, a non-GAAP financial measure, on a quarterly basis. Consolidated EBITDA, as defined for purposes of the Notes, was the same as Adjusted EBITDA as presented below.

41

Table of Contents

The following table presents a reconciliation of net loss (GAAP) to Adjusted EBITDA for each of the periods identified:

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
| *(In thousands)* | 2019 | 2018 | 2019 | 2018 |
| **Net loss (GAAP)** | $ (279,533) | $ (55,977) | $ (307,047) | $ (107,427) |
| | | | | |
| Income tax (benefit) provision | (4,463) | 2,101 | (3,292) | 3,516 |
| Interest expense, net | 8,242 | 4,124 | 15,001 | 7,029 |
| Depreciation | 3,005 | 4,276 | 6,111 | 8,839 |
| Amortization expense of finance leases | 787 | — | 1,361 | — |
| Amortization of intangible assets | 8,076 | 8,266 | 16,181 | 16,810 |
| EBITDA | (263,886) | (37,210) | (271,685) | (71,233) |

Adjustments:

| | | | | |
|---|---|---|---|---|
| Stock-based compensation | 4,304 | 22,999 | 11,257 | 24,880 |
| Investigation and audit related | 2,354 | 4,883 | 3,196 | 36,750 |
| Settlement of litigation, net | 5,000 | 5,250 | 5,000 | 5,250 |
| Restructuring | 2,949 | 3,833 | 2,879 | 5,090 |
| Impairment of goodwill | 224,272 | — | 224,272 | — |
| Impairment of intangible asset | 17,308 | — | 17,308 | — |
| Private placement issuance cost | 1,154 | — | 1,154 | — |
| Other expense, net [1] | 3,304 | 1,506 | 916 | 4,135 |
| Adjusted EBITDA | $ (3,241) | $ 1,261 | $ (5,703) | $ 4,872 |

[1] Adjustments to other expense, net, reflect non-cash changes in the fair value of financing derivatives and equity securities investment included in other (expense) income, net on our Condensed Consolidated Statements of Operations and Comprehensive Loss.

The following table presents a reconciliation of net loss (GAAP) to non-GAAP net loss for each of the periods identified:

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| (In thousands) | 2019 | 2018 | 2019 | 2018 |
| **Net loss (GAAP)** | $ (279,533) | $ (55,977) | $ (307,047) | $ (107,427) |
| | | | | |
| Adjustments: | | | | |
| Stock-based compensation | 4,304 | 22,999 | 11,257 | 24,880 |
| Investigation and audit related | 2,354 | 4,883 | 3,196 | 36,750 |
| Amortization of intangible assets [1] | 8,076 | 8,266 | 16,181 | 16,810 |
| Settlement of litigation, net | 5,000 | 5,250 | 5,000 | 5,250 |
| Restructuring | 2,949 | 3,833 | 2,879 | 5,090 |
| Impairment of goodwill | 224,272 | — | 224,272 | — |
| Impairment of intangible asset | 17,308 | — | 17,308 | — |
| Private placement issuance cost | 1,154 | — | 1,154 | — |
| Other expense, net [2] | 3,304 | 1,506 | 916 | 4,135 |
| Non-GAAP net loss | $ (10,812) | $ (9,240) | $ (24,884) | $ (14,512) |

[1] In the fourth quarter of 2018, amortization of intangible assets was added as an adjustment in our calculation of non-GAAP net loss. Prior year non-GAAP net loss has been recast to include this adjustment, which is intended to better reflect our core operating performance.
[2] Adjustments to other expense, net, reflect non-cash changes in the fair value of financing derivatives and equity securities investment included in other (expense) income, net on our Condensed Consolidated Statements of Operations and Comprehensive Loss.

Table of Contents

## Liquidity and Capital Resources

The following table summarizes our cash flows:

| | Six Months Ended June 30, | |
|---|---|---|
| (In thousands) | 2019 | 2018 |
| Net cash used in operating activities | $ (10,704) | $ (74,369) |
| Net cash used in investing activities | (6,807) | (6,515) |
| Net cash provided by financing activities | 21,048 | 90,083 |
| Effect of exchange rate changes on cash, cash equivalents and restricted cash | 91 | (1,136) |
| Net increase in cash, cash equivalents and restricted cash | 3,628 | 8,063 |

Our principal uses of cash historically consisted of cash paid for payroll and other operating expenses, payments related to investments in equipment, primarily to support our consumer panels and technical infrastructure required to deliver our products and services and support our customers, and service of our debt and lease facilities. We have incurred significant professional fees primarily consisting of legal, forensic accounting and related advisory services as a result of our Audit Committee's investigation and subsequent audit and compliance efforts relating to the filing of our Annual Report on Form 10-K for the year ended December 31, 2017, or 2017 10-K.

As of June 30, 2019, our principal sources of liquidity consisted of cash, cash equivalents and restricted cash totaling $53.8 million, including $4.9 million in restricted cash.

Our principal sources of liquidity have historically been our cash and cash equivalents, as well as cash flow generated from our operations. Our

recent operating losses, including the significant costs associated with the investigation and completing the audit of our prior years' consolidated financial statements, resulted in a need to secure long-term financing. In 2018, we entered into agreements with funds affiliated with or managed by Starboard Value LP (collectively, "Starboard"), pursuant to which we issued and sold to Starboard a total of $204.0 million in Notes as well as warrants to purchase shares of our common stock, par value $0.001 per share (the "Common Stock") in exchange for $100.0 million in cash and 4,000,000 shares of Common Stock. See "Issuance and Sale of Senior Secured Convertible Notes and Warrants" below.

Prior to April 2019, we paid our quarterly accrued interest liability on the Notes in cash. In April 2019 and July 2019, we paid our quarterly accrued interest liability on the Notes through the issuance of Common Stock.

In June 2019, in order to increase our liquidity and maintain compliance with the minimum cash balance covenant in the Notes described below, we issued 2,728,513 shares of our Common Stock and four series of warrants in a private placement to CVI Investments, Inc. ("CVI") in exchange for gross cash proceeds of $20.0 million. See "Issuance and Sale of Common Stock and Warrants" below.

Our liquidity could be negatively affected by a decrease in demand for our products and services or additional losses from operations, including ongoing costs relating to compliance and legal proceedings and management changes, as well as payment of expenses incurred in prior periods in addition to current-period expenses. Our liquidity could also be negatively affected by the interest rate reset feature of the Notes, which increased the interest rate for the Notes from 6.0% to 12.0%, effective January 30, 2019 through January 30, 2020. For additional information on the interest rate reset feature, refer to Item 3, *Quantitative and Qualitative Disclosures About Market Risk*. Finally, our liquidity could be significantly affected if we are unable to maintain compliance with the affirmative and negative covenants in our Notes, including the minimum cash balance requirement described below. If we fail to comply with our covenants, we could be required to redeem the Notes at a premium. The source of funds for any such redemption would be our available cash or, possibly, other financing. Based on our current plans, including actions within management's control, we do not anticipate a breach of these covenants that would result in an event of default under the Notes; however, any such breach could have a material impact on our liquidity.

We continue to be focused on maintaining flexibility in terms of sources, amounts, and the timing of any potential financing transaction, in order to best position the company for future success. We believe that our sources of funding, after taking into account the financing transactions described below and the restructuring actions described in Footnote 13, *Organizational Restructuring*, will be sufficient to satisfy our currently anticipated requirements for at least the next 12 months. However, we cannot predict with certainty the outcome of our actions to generate liquidity, including the availability of additional financing.

### Restricted Cash

Restricted cash represents our requirement to collateralize outstanding letters of credit and lines of credit related to certain of our corporate credit card programs, as well as certain international treasury exposure. As of June 30, 2019 and December 31, 2018, we had $4.9 million and $6.1 million of restricted cash, respectively. The decrease was due to the release of collateralized cash for international payroll processing.

Table of Contents

### Letters of Credit

On June 1, 2018, we entered into a Security Agreement with Wells Fargo Bank, N.A. to issue standby letters of credit on our behalf. As of June 30, 2019, $3.5 million in letters of credit are outstanding and are cash collateralized under the Security Agreement with Wells Fargo Bank, N.A.

### Sale-Leaseback Financing Transaction

In June 2019, we entered into an arrangement with a vendor to sell and lease back certain previously acquired computer and other equipment. The arrangement, which resulted in cash proceeds of $4.3 million to us in June 2019, requires lease payments over a 24-month term for total consideration of $4.8 million, with control of the equipment transferring to the vendor at the end of the lease term.

### Issuance and Sale of Common Stock and Warrants

On June 23, 2019, we entered into a Securities Purchase Agreement with CVI pursuant to which we sold to CVI for aggregate gross proceeds of $20.0 million (i) 2,728,513 shares of Common Stock and (ii) Series A Warrants, Series B-1 Warrants, Series B-2 Warrants and Series C Warrants to initially purchase up to 11,654,033 shares of Common Stock (the "Private Placement"). The warrants are exercisable at various prices and, in certain circumstances, could result in an additional $30.0 million in proceeds within 12 months. Pursuant to the Private Placement, which closed on June 26, 2019, we agreed to a 105-day lockup period related to any future offering of equity or equity-linked securities and also agreed to provide CVI with registration rights. For additional information on the Private Placement, refer to Footnote 11, *Stockholders' Equity*.

### Issuance and Sale of Senior Secured Convertible Notes and Warrants

On January 16, 2018, we entered into certain agreements with Starboard, pursuant to which we issued and sold to Starboard $150.0 million in Notes in exchange for $85.0 million in cash and 2,600,000 shares of Common Stock. We also agreed to issue to Starboard warrants to purchase 250,000 shares of Common Stock at a price of $0.01 per share, as adjusted pursuant to the terms of the warrants. The warrants were issued on October 12, 2018 and exercised in full on April 3, 2019 for 323,448 shares of Common Stock. On May 17, 2018, we issued and sold to Starboard $50.0 million of Notes in exchange for $15.0 million in cash and 1,400,000 shares of Common Stock. Later in 2018 we issued an aggregate of $4.0 million in Notes to Starboard, bringing the total balance of the Notes as of June 30, 2019 to $204.0 million.

The Notes contain certain affirmative and restrictive covenants with which we must comply, including (i) covenants with respect to limitations on

additional indebtedness, (ii) limitations on liens, (iii) limitations on certain payments, (iv) maintenance of certain minimum cash balances (set at $40.0 million beginning on the date we file our Form 10-Q for the quarterly period ended June 30, 2019) and (v) the timely filing of certain disclosures with the SEC. We are in compliance with the Notes covenants as of June 30, 2019. As discussed above, any breach of these covenants could have a significant negative effect on our liquidity.

For additional information on the Notes, refer to Footnote 5, *Long-term Debt*.

### *Operating Activities*

Our primary source of cash provided by operating activities is revenues generated from sales of our Ratings and Planning, Analytics and Optimization, and Movies Reporting and Analytics products and services. Our primary uses of cash from operating activities include personnel costs and costs related to data and infrastructure used to develop and maintain our products and services. We have also incurred significant professional fees relating to the Audit Committee's investigation, subsequent audit and compliance efforts, management changes, and various legal proceedings.

Cash used in operating activities is calculated by adjusting our net loss for changes in working capital, as well as by excluding non-cash items such as: depreciation, non-cash operating lease expense, amortization expense of finance leases and intangible assets, impairment of goodwill and intangible asset, stock-based compensation, deferred tax (benefit) provision, change in the fair value of financing derivatives and equity securities, accretion of debt discount, and amortization of deferred financing costs.

Net cash used in operating activities for the six months ended June 30, 2019 was $10.7 million compared to net cash used of $74.4 million for the six months ended June 30, 2018. The decrease in cash used in operating activities during the six months ended June 30, 2019 as compared to the six months ended June 30, 2018 was primarily attributable to an increase in the year-to-date net losses of $199.6 million, offset by a shift in changes in operating assets and liabilities from a net increase of $16.9 million for the six months ended June 30, 2019 as compared to a net decrease of $27.1 million for the six months ended June 30, 2018, a decrease in stock-based compensation expense recognized of $13.9 million, a decrease in depreciation expense, and a change from a deferred tax provision to a deferred tax benefit.

During the three months ended June 30, 2019, our working capital was negatively impacted by an increase in accounts payable of $2.1 million and an increase in accrued liabilities of $12.7 million over the previous quarter (ended March 31, 2019), due in

44

Table of Contents

part to delayed payment of certain expenses incurred in the ordinary course of business. During the three months ended June 30, 2019, we took certain steps, including delayed payment of expenses, in order to maximize our flexibility and plan for potential liquidity needs prior to closing the Private Placement on June 26, 2019.

### *Investing Activities*

Cash used in investing activities primarily consists of payments related to purchases of computer and network equipment to support our technical infrastructure, furniture and equipment, and capitalized internal-use software costs. The extent of these investments will be affected by our ability to expand relationships with existing customers, grow our customer base and introduce new digital formats.

Net cash used in investing activities for the six months ended June 30, 2019 was $6.8 million compared to net cash used in investing activities of $6.5 million for the six months ended June 30, 2018. This increase in cash used in investing activities was mainly attributable to increased costs of $0.4 million to develop internal-use software and a $0.6 million increase in purchases of property and equipment primarily related to leasehold improvements in our headquarters office in Reston, Virginia, a portion of which has been reimbursed by our landlord. Cash used in investing activities was offset by $0.7 million in cash received from the sale of a portion of our investment in equity securities.

### *Financing Activities*

Net cash provided by financing activities during the six months ended June 30, 2019 was $21.0 million compared to net cash provided by financing activities of $90.1 million during the six months ended June 30, 2018. The change was largely due to gross cash proceeds of $100.0 million from the 2018 issuance of Notes, as well as a $4.7 million decrease in proceeds from our subscription receivables (as the associated contracts ended in 2018), offset by $20.0 million in gross proceeds from the sale of shares of Common Stock and warrants in the Private Placement, $4.3 million in proceeds from the sale-leaseback transaction described above, a decrease in payment of debt issuance costs of $5.1 million, a decrease in principal payments on finance lease and software license arrangements, and a decrease in tax payments related to net share settlement of equity awards.

### *Contractual Payment Obligations*

We are subject to certain contractual arrangements that are long-term in nature.

In the second quarter of 2019, we entered into a $4.4 million equipment lease and also executed a sale-leaseback transaction. See Footnote 10, *Leases* for more details regarding our lease portfolio and Footnote 5, *Long-term Debt* for more information on the sale-leaseback transaction.

The information set forth below summarizes our contractual obligations as of June 30, 2019 that are fixed and determinable.

| *(In thousands)* | Total | Less Than 1 Year | 1-3 Years | 3-5 Years | More Than 5 Years |
|---|---|---|---|---|---|

| | Total | | | |
|---|---|---|---|---|---|
| Operating lease obligations | $ 81,722 | $ 13,021 | $ 23,677 | $ 18,050 | $ 26,974 |
| Finance lease obligations | 5,805 | 2,398 | 3,324 | 83 | — |
| Software license arrangements | 1,096 | 633 | 463 | — | — |
| Sale-leaseback financing transaction | 4,775 | 2,239 | 2,536 | — | — |
| Long-term debt obligations | 204,000 | — | 204,000 | — | — |
| Unconditional purchase obligations with MVPDs | 122,268 | 40,190 | 54,119 | 27,959 | — |
| Other purchase obligations | 706 | 706 | — | — | — |
| Total | $ 420,372 | $ 59,187 | $ 288,119 | $ 46,092 | $ 26,974 |

### Future Capital Requirements

Our ability to generate cash is subject to our performance, general economic conditions, industry trends and other factors, including expenses from ongoing compliance efforts and related to various legal proceedings, as well as trade payables and service of our debt and lease facilities. To the extent that our existing cash, cash equivalents and operating cash flow, together with any proceeds from the exercise of warrants sold in the Private Placement, are insufficient to fund our future activities and requirements, we may need to raise additional funds through public or private equity or debt financing. If we issue additional equity securities in order to raise additional funds or pay interest on the Notes, further dilution to existing stockholders may occur.

45

Table of Contents

### Off-Balance Sheet Arrangements

We have no off-balance sheet arrangements (as defined in Item 303 of Regulation S-K) other than certain purchase obligations with MVPDs, which are disclosed in the Contractual Payment Obligations table above.

### Critical Accounting Policies

Our discussion and analysis of our financial condition and results of operations are based on our Condensed Consolidated Financial Statements, which have been prepared in accordance with GAAP. The preparation of these financial statements requires us to make estimates, assumptions and judgments that affect the amounts reported in our Condensed Consolidated Financial Statements and the accompanying Notes to Condensed Consolidated Financial Statements. We base our estimates on historical experience and on various other assumptions that we believe to be reasonable under the circumstances. Actual results may differ from these estimates.

Our critical accounting policies are those that are both material to the presentation of our financial condition and results of operations and require management's most subjective and complex judgments. Other than our accounting policies related to the accounting for warrants and the impairment charges recorded for goodwill and long-lived assets, there have been no material changes to our critical accounting policies and estimates as compared to the critical accounting policies and estimates disclosed in our 2018 10-K.

### Accounting for Warrants

During the second quarter of 2019, we issued warrants which were determined to be freestanding financial instruments that qualify for liability treatment as a result of a net cash settlement feature associated with a cap on the issuance of shares under certain circumstances. Changes in the fair value of these instruments are immediately recorded in other (expense) income, net in the Condensed Consolidated Statements of Operations and Comprehensive Loss.

The fair value of the warrants is determined using a Monte Carlo simulation analysis within an option pricing model. The fair value estimate is determined using an estimate for the Company's credit rating, probability of change of control, dividend yield, risk-free rate, remaining term of the warrants and volatility. The valuation is derived from techniques which utilize unobservable Level 3 inputs.

The fair value of the warrants is estimated using forward projections of stock issuances with relative certainty and estimated cash payments at each exercise date discounted back to the valuation date with the remaining term of the related warrant. The primary sensitivity in the valuation of each warrant liability is driven by our Common Stock price at the measurement date and the observable volatility of the Common Stock.

Refer to Footnote 11, *Stockholders' Equity* for the significant unobservable inputs used to determine the fair value of the warrants as of June 30, 2019.

### Impairment of Long-Lived Assets

Our long-lived assets consist of property and equipment and finite-lived intangible assets. We evaluate our long-lived assets for impairment whenever events or changes in circumstances indicate the carrying value of such assets may not be recoverable. If an indication of impairment is present, we compare the estimated undiscounted future cash flows to be generated by the asset group to its carrying amount. Recoverability measurement and estimation of undiscounted cash flows are grouped at the lowest level for which identifiable cash flows are largely independent of the cash flows of other assets and liabilities. If the undiscounted future cash flows are less than the carrying amount of the asset group, we record an impairment loss equal to the excess of the asset group's carrying amount over its fair value. The fair value is determined based on valuation techniques such as a comparison to fair values of similar assets or using a discounted cash flow analysis.

During the second quarter of 2019, we evaluated our strategic alliance asset group for recoverability. Our assessment considered the changes in our projected revenue in certain non-U.S. geographic markets due to the changing international competitive landscape as well as significant reductions in international staffing during the quarter, which resulted in a change in our long-term view of the viability of the intangible asset. As such, our analysis yielded that the benefit of the strategic alliance would not be realized and the related investment would not be recoverable. The fair value of the strategic alliance intangible asset was estimated using the income approach, resulting in a non-cash impairment charge for the full carrying value of the asset. Consequently, we recorded a $17.3 million impairment charge during the three months and six months ended June 30, 2019 in our Condensed Consolidated Statements of Operations and Comprehensive Loss.

Although we believe that the carrying values of our long-lived assets are appropriately stated, changes in strategy or market conditions, significant technological developments or significant changes in legal or regulatory factors could significantly impact these judgments and require future adjustments to recorded asset balances.

46

Table of Contents

*Goodwill*

Goodwill is evaluated for impairment at least annually, as of October 1, by comparing the fair value of a reporting unit with its carrying value. We recognize an impairment charge for the amount by which the carrying amount exceeds the reporting unit's fair value; limited to the total amount of goodwill allocated to that reporting unit. Additionally, we consider income tax effects from any tax-deductible goodwill on the carrying amount of the reporting unit when measuring the goodwill impairment loss.

We have one reporting unit. As such, we perform the impairment assessment for goodwill at the enterprise level. Goodwill is reviewed for possible impairment between annual tests if an event occurs or circumstances change that would more likely than not reduce the fair value of the reporting unit below the carrying value. We initially assess qualitative factors to determine if it is necessary to perform the goodwill impairment review. We review the goodwill for impairment if, based on our assessment of the qualitative factors, we determine that it is more likely than not that the fair value of the reporting unit is less than the carrying value, or if we decide to bypass the qualitative assessment. We monitor for events and circumstances that could negatively impact the key assumptions used in determining fair value, including long-term revenue growth projections, profitability, discount rates, volatility in our market capitalization, and general industry, market and macro-economic conditions.

As of June 30, 2019, we concluded that it was more likely than not that the estimated fair value of our reporting unit was less than its carrying value. As such, further analysis was required. In our assessment, we considered a sustained decline of our stock price during the three months ended June 30, 2019 and the related market capitalization as of the valuation date both in absolute terms and relative to our peers. Other relevant factors such as the resignation of members of our senior management team, lower revenue and continued negative operating cash flows were considered. Accordingly, we performed an interim quantitative goodwill impairment test as of June 30, 2019, relying in part on the work of an independent valuation firm engaged by us to provide inputs as to the fair value of the reporting unit and to assist in the related calculations and analysis.

We used a discounted cash flow model to determine the estimated fair value of the reporting unit. We made estimates and assumptions, including expectations of future cash flows, growth rates, tax rates, and discount rates, in developing the present value of projected cash flows. Cash flow forecasts are generally based on operating plans for upcoming years and historical relationships in subsequent years. The following assumptions are significant to our discounted cash flow analysis:

> *Projected Financial Performance*: Expected future cash flows and growth rates are based upon assumptions of our future revenue growth and operating costs. Actual results of operations and cash flows will likely differ from those utilized in our discounted cash flow analysis, and it is possible that those differences could be material. We monitor for events and circumstances that could negatively impact the key assumptions in determining fair value, including long-term revenue growth projections, profitability, discount rates, volatility in our market capitalization, and general industry, micro and macro-economic conditions.

> *Long-term growth rate*: The long-term growth rate represents the rate at which our single reporting unit's earnings are expected to grow or losses to decrease. Our assumed long-term growth rate was based on projected long-term inflation and gross domestic product growth estimates for the countries in which we operate and a long-term growth estimate for our business and the industry in which we operate.

> *Discount rate*: Our reporting unit's future cash flows are discounted at a rate that is consistent with our weighted-average cost of capital that is likely to be utilized by market participants. The weighted-average cost of capital is our estimate of the overall returns required by both debt and equity investors, weighted by their respective contributions of capital.

In addition, we used a market-based approach to estimate the value of our reporting unit. The market value is estimated by comparing the reporting unit to other publicly-traded companies and/or to publicly-disclosed business mergers and acquisitions in similar lines of business. The value of the reporting unit is based on pricing multiples of certain financial parameters observed in the comparable companies. We also made estimates and assumptions for market values to determine the reporting unit's estimated fair value.

Goodwill allocated to our single reporting unit immediately prior to the June 30, 2019 interim impairment test was $641.0 million. The results of the interim impairment test indicated that the carrying value of our reporting unit exceeded the fair value by $224.3 million. The decrease in our reporting

unit's fair value was primarily due to current and estimated short-term future performance, which impacted the estimated operating cash flows, and a higher discount rate mainly due to an increase in the company-specific risk premium. Accordingly, we recorded an impairment charge of $224.3 million for the three months and six months ended June 30, 2019 in our Condensed Consolidated Statements of Operations and Comprehensive Loss.

47

Table of Contents

It is possible that future changes in our circumstances, or in the variables associated with the judgments, assumptions and estimates used in assessing the fair value of our reporting unit, could require us to record additional non-cash impairment charges in the future.

48

Table of Contents

**ITEM 3.**      *QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK*

Market risk represents the risk of loss that may impact our financial position due to adverse changes in financial market prices and rates. We are subject to interest rate risk in connection with the Notes, and we hold derivative financial instruments and have outstanding warrants that are subject to market risk. We also have foreign currency exchange rate risk from our global operations, although we do not believe this risk to be significant. Finally, during the three and six months ended June 30, 2019, we held equity securities that were subject to market risk. Except as set forth below, there have been no material changes in our exposure to market risk during the three and six months ended June 30, 2019 as compared to our market risk disclosures set forth in Item 7A, "Quantitative and Qualitative Disclosures About Market Risk" within the 2018 10-K.

**Interest rate risk**

As a result of having $204.0 million aggregate principal amount of Notes outstanding, which are convertible into shares of Common Stock at a conversion price of $31.29 per share (the "Conversion Price"), we are subject to interest rate risk. As of June 30, 2019, the interest rate on the Notes was 12.0% per year. The interest rate resets at each of January 30, 2020 and February 1, 2021 (each an "Interest Reset Date") based on the then-applicable Conversion Premium which is calculated by dividing the Conversion Price by the arithmetic average of the volume-weighted average trading prices of our Common Stock on each of the ten consecutive trading days immediately preceding the applicable Interest Reset Date (the "VWAP"). The interest rate is then determined in accordance with the table below, which includes theoretical VWAP calculations:

| If the Conversion Premium (as of the applicable Interest Reset Date) is: | Implied VWAP | Then the Interest Rate from the applicable Interest Reset Date until the next subsequent Interest Reset Date shall be: |
|---|---|---|
| 1.0 or less | $31.29 or higher | 4.0% |
| 1.05 | $29.80 | 4.3% |
| 1.10 | $28.45 | 4.7% |
| 1.15 | $27.21 | 5.0% |
| 1.20 | $26.08 | 5.3% |
| 1.25 | $25.03 | 5.7% |
| 1.30 | $24.07 | 6.0% |
| 1.35 | $23.18 | 8.0% |
| 1.40 | $22.35 | 10.0% |
| 1.45 or higher | $21.58 or less | 12.0% |

If the Conversion Premium is between two Conversion Premium amounts in the table above, the interest rate is determined by straight-line interpolation between the interest rates for the higher and lower Conversion Premium amounts.

As of June 30, 2019, the VWAP of our Common Stock for the immediately preceding ten consecutive trading days was $7.15, which would equate to a 4.38 Conversion Premium and, accordingly, would not result in a change to the current 12.0% annual interest rate on the outstanding Notes if June 30, 2019 were an Interest Reset Date. As discussed in Footnote 5, *Long-term Debt*, we have the ability, subject to certain conditions, to pay interest on the Notes through the issuance of PIK Interest Shares, and we elected to do so for the interest payments made on April 1, 2019 and July