UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERGII BRATUSOV, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COMSCORE, INC., BRYAN WIENER, and GREGORY A. FINK,<br><br>Defendants. | Case No. 1:19-cv-03210-KPF |

**STIPULATION AND ORDER REGARDING DISMISSAL OF ACTION**

WHEREAS, on June 24, 2020, the Court issued an Opinion and Order granting Defendants' Motion to Dismiss ("Order");

WHEREAS, within the Order, the Court provided Lead Plaintiff Sergii Bratusov ("Plaintiff") until July 24, 2020 to inform the Court whether or not Plaintiff would file an amended complaint;

WHEREAS, based upon the information presently available to Plaintiff through Plaintiff's investigation, Plaintiff has elected not to file an amended complaint and not to pursue an appeal related to the Court's Order;

WHEREAS, Plaintiff and Defendants Comscore Inc., Bryan Wiener, and Gregory A. Fink ("Defendants") (collectively the "Parties") agree that no award of attorneys' fees or costs shall be made to either of the Parties, and that no costs, sanctions, claims, or attorneys' fees arising in or from this action will be pursued by either of the Parties;

WHEREAS, the Parties agree that, at all times relevant to this action, the Parties and their counsel have complied with Rule 11 of the Federal Rules of Civil Procedure and all other rules and laws in connection with this action;

NOW THEREFORE, THE PARTIES HAVE STIPULATED THAT, subject to these terms, and the approval of the Court:

1. Plaintiff's action shall be dismissed with prejudice;

2. The Parties shall bear their own fees and costs; and

3. No costs, sanctions, claims, or attorneys' fees arising in or from this action will be pursued by either of the Parties.

Dated: July 22, 2020                         GLANCY PRONGAY & MURRAY LLP

                                             By: _____
                                             Lionel Z. Glancy
                                             Robert V. Prongay
                                             Ex Kano S. Sams II
                                             Charles H. Linehan
                                             Pavithra Rajesh
                                             1925 Century Park East, Suite 2100
                                             Los Angeles, CA 90067
                                             Telephone: (310) 201-9150
                                             Facsimile: (310) 201-9160
                                             Email: esams@glancylaw.com

                                             *Attorneys for Lead Plaintiff and the Class*


Dated: July 22, 2020                         VINSON & ELKINS LLP

                                             By: _____
                                             Clifford Thau      (WITH PERMISSION)
                                             Marisa Antos-Fallon
                                             David Hoffman
                                             1114 Avenue of the Americas
                                             32nd Floor
                                             New York, New York 10036
                                             Telephone: (212) 237-0151
                                             Facsimile: (917) 849-5396
                                             Email: mantosfallon@velaw.com

                                             *Attorneys for Defendants*

2

**ORDER**

Pursuant to the foregoing stipulation between the Parties, **IT IS SO ORDERED**.

Dated: July 23, 2020
New York, New York

Honorable Katherine Polk Failla
United States District Judge

3